IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILTON MOORE, JR.,　　　　　　　　　　　　No. CIV S-10-2004-CMK-P

　　　　Petitioner,

　　vs.　　　　　　　　　　　　　　　　　　ORDER

GARY SWARTHOUT,

　　　　Respondent.

_____/

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

　　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED:  August 14, 2013

　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1